Reuven L. Cohen (Bar No. 231915)
rcohen@cohen-williams.com
Alyssa D. Bell (Bar No. 287751)
abell@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendant,
AARON (LIN) LI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LIN LI,<br>  aka "Aaron Li,"<br><br>  Defendant. | Case No. 5:19-CR-00103-GW<br><br>**DEFENDANT AARON (LIN) LI'S SENTENCING LETTERS**<br><br>Sentencing Date:  August 23, 2021<br>Sentencing Time:  8:00 a.m. |

    Defendant Aaron (Lin) Li, by and through his counsel of record, Reuven L. Cohen and Alyssa D. Bell, hereby submits the attached sentencing letters.

                                       Respectfully Submitted,

Dated: August 10, 2021          **COHEN WILLIAMS LLP**

                                By: <u>/s/ Alyssa D. Bell</u>
                                     Reuven L. Cohen
                                     Alyssa D. Bell
                                     *Attorneys for Defendant*
                                     *Aaron (Lin) Li*

August 2nd, 2021

The Honorable Judge Wu
United States District Court
Central District of California
312 North Spring Street
Los Angeles, California 90012

Na Sun
6234 Satterfield Way
Chino, CA 91710

Dear Honorable Judge WU;

I am writing this letter requesting leniency on behalf of Li, Lin, who was convicted of manufacture, distribute, and possess with intent to distribute marijuana plants. As his ex-wife and also a close friend, I am aware about his crime. He also admits the crime has committed and regrets for that. I know he is trying to make up for his wrongdoings, therefore, I beg you to show him some sympathy.

Although it seems hard to believe or understand, Lin is a good person and has always had morality in his actions. I have known Lin for over 13 years and that I have seen his personality in many different aspects. He was raised by his mother in a single-parent family. Growing up, Lin has high expectation of himself and his Chinese ethics and morals help him along the way to respect his mother, be kind to others, and be a dependable man.

Lin and I have three kids together, Claire, Caleb and Carlin. He is a good father and always try his best to support his family. In addition, he is extremely kind and well-known among his peers. Lin received his real estate broker license in 2010 and he never feels hesitated to share the knowledge with his friends, family and colleagues. Although he has had his ups and downs in life, I and many of his friends, we are convinced that Lin is a human being with a great heart. I can always recall his motto that "Family is always the top priority". He is a caring father, a good son and a wonderful person.

Lin confided in me that he had a sincere understanding that his actions were wrong. In our many conversations about his troubles, he has never once tried to defend, minimize, or explain away his activities. I can tell you without a doubt that he is incredibly remorseful for what he has done. He did not ever try to shift blame on others. He knew he was above such behavior and remains ashamed that he had fallen so far below his own standards for himself. He deserves a second chance, and I hope you will be willing to give him one.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I truly believe his wrongful actions represent an aberration that he will never repeat. He sincerely regrets his actions and vows never to repeat. I believe him because I know him well and humbly request a lenient sentence as time in jail will put him and his family in difficulty. Thank you for taking the time to read my letter.

Sincerely,

*[signature]*

Na Sun

# Dear Judge Wu,

I come before you to accept full responsibility of my offense conduct. Before your sentencing, I would like to express my sincere remorse of damages I have done to my family members, customers, colleagues, friends and local communities.

As a matter of fact, narcotics has never come into my life until my mid-30s. Right around year of 2017 to 2018, I was approached by different parties that they wanted to rent the properties I managed to house grow marijuana. I had very little knowledge of this substance nor experience in this illegal industry. I was too native to believe their persuasive statements that Marijuana is legal in California and cultivation is only a misdemeanor offense, they also promised me on-time rent, free of trouble and a "bonus". My ignorance of the law and greediness made me think that maybe I could rent them one property that was difficult to rent, and I could show off to my clients that I was able to immediately fill in tenancy for properties that were harder to lease. I violated code of business to conduct to create false leases, help manage the house utility and turn the drug proceed into rental income. I gradually involved similar relationship with three different growers (Jimmy Yu, Ben Chen and Ben Seto) and received percentage of drug proceeds as management fees. Even though I might have thought marijuana cultivation was a misdemeanor offense, I knew I was breaking the law and I had to lie to my clients about the true use of their properties, which I knew that I could be prosecuted.

I feel very remorseful about my mistakes because of following reasons:
1. Indoor cultivation of Marijuana caused modification of interior walls and electricity power line, mold and pest damage to the property and fire hazard. I felt deeply sorry for the damages and financial lost that my behavior had done to the properties.
2. I violated the trust between me and many loyal and long term customers.
3. I caused thousands of illegal marijuana being distributed into black market.
4. I ruined my entire family of 5 lovely people and hurt many of love ones' feelings.
5. I created physical and mental trauma to my 10+ years spouse.
6. I lost my real estate license and reputation, I disappointed my colleagues and mentees.
7. I created financial and mental stress to the whole family.

I was wrong, seriously wrong, I come before you to obey your sentencing. I beg your mercy to give me a rebirth.

Sincerely,

*Lin Li*