

TRACK ANOTHER SHIPMENT

816896317301                                    ☆  ?

**ADD NICKNAME**

## Delivered
### Thursday, 1/27/2022 at 2:22 pm



**DELIVERED**
Signature not required
**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| LOS ANGELES, CA US | CA US |

**MANAGE DELIVERY**  ∨

### Travel History

**TIME ZONE**
Local Scan Time                                                        ∨

**Thursday, January 27, 2022**

| 2:22 PM | CA | Delivered<br>Package delivered to recipient address - release authorized |
| 8:20 AM | ONTARIO, CA | On FedEx vehicle for delivery |
| 6:47 AM | ONTARIO, CA | At local FedEx facility |
| 2:16 AM | OAKLAND, CA | Departed FedEx hub |

**Wednesday, January 26, 2022**

| 10:37 PM | OAKLAND, CA | Arrived at FedEx hub |
| 8:10 PM | LOS ANGELES, CA | Left FedEx origin facility |
| 7:37 PM | LOS ANGELES, CA | At destination sort facility |
| 7:18 PM | LOS ANGELES, CA | Left FedEx origin facility |

Expand History ⌄

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **DELIVERED TO** |
| 816896317301 | FedEx Standard Overnight | Residence |
| **TERMS** | **PACKAGING** | **SPECIAL HANDLING SECTION** |
| Shipper | FedEx Envelope | Deliver Weekday, Residential Delivery |
| **SHIP DATE** | **STANDARD TRANSIT** | **ACTUAL DELIVERY** |
| 1/26/22 ⓘ | 1/27/22 before 8:00 pm ⓘ | 1/27/22 at 2:22 pm |

**FedEx Express**

**Package US Airbill**

FedEx Tracking Number: 8168 9631 7301

Form ID No. **0215**

Sender's Copy

**1** Please print and press hard.

Date: 01/26/2022

Sender's FedEx Account Number — SENDER'S FEDEX ACCOUNT NUMBER ONLY

Sender's Name: J. Corzo     Phone: (323) 894-3648

Company: US DISTRICT COURT HOUSE

Address: 255 E TEMPLE ST STE 1100

LOS ANGELES     State CA     ZIP 90012-3332

Your Internal Billing Reference: OPTIONAL
(characters will appear on invoice.)

**2** Recipient's Name: Na Sun     Phone ( )

Company:

Address: 6234 Satterfield Way

Chino     State CA     ZIP 91710

0137708725



**Shipping online just got easier.**
Go to fedex.com/lite.

**4** Express Package Service     *To most locations.     Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight

**2 or 3 Business Days**
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5** Packaging     *Declared value limit $500.
- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6** Special Handling and Delivery Signature Options   Fees may apply. See the FedEx Service Guide.

- [ ] Saturday Delivery   NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

- [ ] No Signature Required
- [x] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked.
- [x] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice   Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

**7** Payment   Bill to:
- [x] Sender
- [ ] Recipient
- [ ] Third Party

FedEx Acct. No.

Total Packages   Total Weight   Total Declared Value†

611



**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 24, 2022

Na Sun
6234 Satterfield Way,
Chino, CA 91710

**COPY**

Re:   **5:19-CR-00103-GW-1**
      **Lin Li**

Dear Property Owner(s):

Enclosed is the Short Form Deed of Trust, **Instrument Number: 2019-0075979** posted as collateral on a bond for the above-named defendant.

The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee, **First Corporate Solutions, Inc.** When the reconveyance deed is obtained from the trustee, **First Corporate Solutions, Inc.**, the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. Please do this immediately.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RJ:jc

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701



**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 24, 2022

RE:   **5:19-CR-00103-GW-1**
       **Lin Li**

This letter is in reference to the full reconveyance issued for **Instrument Number: 2019-0075979,** previously deeded over to the Clerk, U. S. District Court, Central District of California from **Na Sun, a married woman as her sole and separate property,** trustor(s).

There is <u>no note involved</u> in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred above.

Therefore, you are authorized to record the subject property back to the trustor named above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

/Rhodora De Jesus
Financial Specialist

RJ:jc

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

Recorded In Official Records, County of San Bernardino

3/12/2019
12:47 PM
EM
SAN

**BOB DUTTON**
ASSESSOR – RECORDER – CLERK

P Counter

Doc# **2019-0075979**

| Titles | 2 | Pages | 3 |
|---|---|---|---|
| Fees | | | 54.00 |
| Taxes | | | 0.00 |
| CA SB2 Fee | | | 0.00 |
| Others | | | 0.00 |
| Paid | | | $54.00 |

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA 90012

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 9 2019

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this ___3/12/19___ between **Na Sun** ,a married woman as her sole and separate property     herein called TRUSTOR, whose address is

**6234 Satterfield Way Chino CA 91710**     and  First Corporate Solutions, Inc.

herein called TRUSTEE; and  **Clerk, U.S. District Court, Central District of California,**
herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS :State of California, County of    **San Bernardino**

See attached exhibit "a" for legal description

Common Address:     **6234 Satterfield Way Chino CA 91710**     APN# 1026-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
TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing:  1.  Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s)     **Lin Li**     in Case No  **19-MJ-00867-DUTY-1**
which includes an obligation by said Trustor(s) surety(ies) in  the amount of     $     **100,000.00**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 615 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino Recorded 8-18-64 B6213 P768 | | | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series | | 5 Book | 1964, | Page 149774 |

CR-5 (04/04)     **SHORT FORM DEED OF TRUST**

shall inure to and bind the parties hereto with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x _____          x _____
**Na Sun**

---

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document |

State of California
County of     **San Bernardino**

On     **3/12/19**     before me    **Sam Asim Ansari**     , a notary public, personally appeared
**Na Sun**                and

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

SAM ASIM ANSARI
COMM. # 2204954
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Comm. Expires AUGUST 10, 2021

---

### REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To   **First Corporate Solutions**   , Trustee     Dated   **01/24/2022**

     The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

Na Sun
6234 Satterfield Way
Chino, CA 91710

*SEE ATTACHED ACKNOWLEDGMENT*

_____
Rhopora De Jesus, Financial Specialist

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (04/04)                    **SHORT FORM DEED OF TRUST**

EXHIBIT "A"

PARCEL NO. 1:

LOT 11 OF TRACT NO. 17896, IN THE CITY OF CHINO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS SHOWN ON A MAP FILED IN BOOK 340 AT PAGES 74 TO 78 INCLUSIVE, OF MAPS, IN THE OFFICE OF THE SAN BERNARDINO COUNTY RECORDER.

EXCEPTING THEREFROM ALL MINERALS AND MINERAL DEPOSITS AS DEFINED IN SECTION 6407 OF THE CALIFORNIA PUBLIC RESOURCES CODE, INCLUDING, BUT NOT LIMITED TO, OIL AND GAS, OTHER GASES, INCLUDING, BUT NOT LIMITED TO, NON-HYDROCARBON AND GEOTHERMAL GASES, OIL SHALE, COAL, PHOSPHATE, ALUMINA, SILICA, FOSSILS OF ALL GEOLOGICAL AGES, SODIUM, GOLD, SILVER, METALS AND THEIR COMPOUNDS, ALKALI, ALKALI EARTH, SAND CLAY, GRAVEL, SALTS AND MINERAL WATERS, URANIUM, TRONA AND GEOTHERMAL RESOURCES, TOGETHER WITH THE RIGHT OF THE STATE OR PERSONS AUTHORIZED BY THE STATE TO PROSPECT FOR, DRILL FOR, EXTRACT, MINE AND REMOVE SUCH DEPOSITS OR RESOURCES, EXCEPT THAT THE STATE OR PERSONS AUTHORIZED BY THE STATE SHALL NOT HAVE THE RIGHT TO PROSPECT FOR, DRILL FOR, EXTRACT, MINE OR REMOVE SUCH DEPOSITS ABOVE A PLANE LOCATED 500 FEET BELOW THE SURFACE NOR A RIGHT TO OCCUPY AND USE THE SURFACE OF SUCH LANDS FOR SAID PURPOSES AS RESERVED BY THE STATE IN A GRANT DEED RECORDED FEBRUARY 28, 2005 AS INSTRUMENT NO. 2005-0139619 IN THE OFFICIAL RECORDS OF SAN BERNARDINO COUNTY (THE "OFFICIAL RECORDS").

FURTHER EXCEPTING THEREFROM, FOR THE BENEFIT OF GRANTOR AND ITS ASSIGNEES, TO THE EXTENT NOT ALREADY EXCEPTED OR RESERVED BY INSTRUMENTS OF RECORD, ALL WATER AND WATER RIGHTS, IF ANY, WITHIN AND UNDERLYING THE PROPERTY, AS EXCEPTED AND RESERVED BY STANDARD PACIFIC CORP., A DELAWARE CORPORATION.

PARCEL NO. 2:

NONEXCLUSIVE EASEMENTS FOR INGRESS, EGRESS, ACCESS, ENCROACHMENT, SUPPORT, MAINTENANCE, REPAIRS, DRAINAGE AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MAP, THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COLLEGE PARK (WITH ANY AMENDMENTS, THE "MASTER DECLARATION"), RECORDED ON JUNE 7, 2006 AS INSTRUMENT NO. 2006-0387568, AND THE SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND ANNEXATION OF PHASE FOR COLLEGE PARK (HAMPSHIRE AT COLLEGE PARK, PHASE 2) (WITH ANY AMENDMENTS, THE "SUPPLEMENTAL MASTER DECLARATION") RECORDED ON MARCH 23, 2015 AS INSTRUMENT NO. 2015-0111685, ALL IN THE OFFICIAL RECORDS.

***END OF LEGAL DESCRIPTION***

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### ALL-PURPOSE ACKNOWLEDGMENT

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.*

This document has been signed in my presence by  Rhodora De Jesus, Financial Specialist
proved to me to be the person whose name is subscribed to the attached instrument and who
executed the same in the capacity of Deputy Clerk, United States District Court, Central District of
California. Further, this instrument bears the seal /stamp of the United States District Court,
Central District of California and thus requires no other seal of attestation as to the authenticity of
the within signatures or the entity upon behalf of which the person executed  the instrument.

Executed before me at Los Angeles, California, on January 24, 2022
by   Jeffrey Corzo,  Deputy Clerk                                              , No. 1254

1254

Signature of Deputy Clerk

Pursuant to Rule 902, Rules of Evidence for United States Courts, extrinsic evidence of
authentication is not required with respect to a document bearing the seal of the United States or
an agency or officer thereof and a signature of attestation or execution.

### Description of Attached Document

Title or Type of Document:  Short Form Deed of Trust and Assignment of Rents

Document Date: 03/12/2019                                Number of Pages  3

Case No. 5:19-CR-00103-GW-1

Recorder Instrument No.  2019-0075979

Other: