CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANNICK JORDAN[1] (Bar No. 38029)
Annick_Jordan@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
(213) 894-1513
(213) 894-0081 FAX

Attorneys for Defendant
LIN LI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIN LI, <br><br> Defendant. | Case No. EDCR 19-103-GW <br><br> **ORDER GRANTING UNOPPOSED EX PARTE APPLICATION TO TERMINATE SUPERVISED RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that LIN LI's supervised release is terminated.

DATED: May 30, 2024          By _____
                                HON. GEORGE H. WU
                                United States District Judge

Presented by:

  /s/ Annick Jordan
Deputy Federal Public Defender

---

[1] As a government attorney and a member of the Louisiana State Bar, I have been admitted to practice before the United States District Court for the Central District of California.